### Commonwealth *v.* Marshall, Appellant.
### Commonwealth *v.* Holmes, Appellant.

 Argued June 11, 1973. *Irvin J. Kopf*, for appellant; *Norris E. Gelman*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

### Commonwealth *v.* Matcheson, Appellant.

 Submitted June 11, 1973. *Joseph Wassell*, Assistant Public Defender, for appellant; *William Garvey*, Assistant District Attorney, and *Paul R. Mazzoni*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.